IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30075
Conference Calendar

_____


CRAIG J. HATTIER,

                                        Plaintiff-Appellant,


versus

ROBERT BRINKMAN, Judge;
PATRICK C. MORROW;
RONALD VEILLON;
ABC INSURANCE COMPANY;
DEF INSURANCE COMPANY;
GHI INSURANCE COMPANY,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 96-CV- 1351
- - - - - - - - - -
August 14, 1997
Before KING, HIGGINBOTHAM, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

     Craig Hattier appeals the dismissal of his civil rights
lawsuit for lack of subject-matter jurisdiction pursuant to Fed.
R. Civ. P. 12(b)(1).  Hattier's complaint alleges that Judge
Robert Brinkman, Patrick Morrow, and Ronald Veillon conspired
during the course of litigation in Louisiana state courts to

_____

     [*] Pursuant to 5TH CIR R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

deprive him of his constitutional rights.  The district court lacked subject-matter jurisdiction over Hattier's claims since they essentially sought federal appellate review of a state-court judgment or claims which are "inextricably intertwined" with that judgment.  District of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 476 & 482 (1983); Rooker v. Fidelity Trust Co., 263 U.S. 413, 415 (1923).

Hattier's appeal is without arguable merit and thus frivolous.  Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983).  Because it is frivolous, the appeal is DISMISSED.  See 5th Cir. R. 42.2.

Morrow and Veillon's motion for damages for filing a frivolous appeal is GRANTED and they are awarded double costs plus damages in the amount of $1000.  Fed. R. App. P. 38.

APPEAL DISMISSED.